AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| Lawrence Minoff and Diane Minkoff <br> Plaintiff <br> v. <br> The Chubb Corporation, et als. <br> Defendant | ) ) ) ) ) ) | Civil Action No. 08-cv-6379 |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

The Chubb Corporation
C/O The Corporation Trust Company
820 Bear Tavern Road
West Trenton, NJ 08628

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brian W. McAlindin
Bathgate, Wegener & Wolf, P.C.
1 Airport Road
Lakewood, NJ 08701

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
Name of clerk of court

Date: 1/5/09

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| Lawrence Minoff and Diane Minkoff | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 08-cv-6379 |
| The Chubb Corporation, et als. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Great Northern Insurance Company
C/O The Corporation Trust Company
820 Bear Tavern Road
West Trenton, NJ 08628

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brian W. McAlindin
Bathgate, Wegener & Wolf, P.C.
1 Airport Road
Lakewood, NJ 08701

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
Name of clerk of court

Date: 1/5/09

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| Lawrence Minoff and Diane Minkoff | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 08-cv-6379 |
| The Chubb Corporation, et als. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Great Northern Insurance Company
15 Mountain View Road
Warren, NJ 07059

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brian W. McAlindin
Bathgate, Wegener & Wolf, P.C.
1 Airport Road
Lakewood, NJ 08701

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
Name of clerk of court

Date: 1/5/09

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| Lawrence Minoff and Diane Minkoff | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 08-cv-6379 |
| The Chubb Corporation, et als. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

The Chubb Corporation
15 Mountain View Road
Warren, NJ 07059

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brian W. McAlindin
Bathgate, Wegener & Wolf, P.C.
1 Airport Road
Lakewood, NJ 08701

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
Name of clerk of court

Date:  1/5/09

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| Lawrence Minoff and Diane Minkoff | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 08-cv-6379 |
| The Chubb Corporation, et als. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Great Northern Insurance Company
34748 Dequindre Road
Sterling Heights, MN 48314

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Brian W. McAlindin
Bathgate, Wegener & Wolf, P.C.
1 Airport Road
Lakewood, NJ 08701

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
Name of clerk of court

Date: 1/5/09

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*